

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08CV194
JUDGE NORGLE
MAG. JUDGE KEYS

In the Matter of

ROBERT A. GREEN, Individually and as the representative of a class of similarly-situated persons, Plaintiff,
v.
ASSURANT, INC. and TIME INSURANCE COMPANY,
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TIME INSURANCE COMPANY

FILED
JN
JAN X 9 2008
Jan 9, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| William G. Beatty |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ [signature] |

| FIRM |
| --- |
| Johnson & Bell, Ltd. |

| STREET ADDRESS |
| --- |
| 33 West Monroe Street, Suite 2700 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 03121542 | (312) 372-0770 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐