IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ROBERT A. GREEN, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 08 CV 194 ) Judge Norgle ) Magistrate Judge Keys |
| ASSURANT, INC. and TIME INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL
OF COUNTS II AND III ONLY WITHOUT PREJUDICE**

Plaintiff, ROBERT A. GREEN, hereby files a voluntary dismissal without prejudice as to Counts II and III only of the Class Action Complaint against Defendant, TIME INSURANCE COMPANY, as allowed under Federal Rules of Civil Procedure 41(a)(1).

Respectfully submitted,

ROBERT A. GREEN, individually and as the representative of a class of similarly-situated persons

By:   s/Brian J. Wanca
One of Plaintiff's Attorneys


Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847/368-1500

Phillip A. Bock
BOCK & HATCH, LLC
134 N. LaSalle Street, Suite 1000
Chicago, IL  60602
Telephone:  312/658-5500

## CERTIFICATE OF SERVICE

  I hereby certify that on January 14, 2008, I electronically filed this Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

William G. Beatty
Johnson & Bell, Ltd.
33 W. Monroe Street, Suite 2700
Chicago, IL  60603

              s/Brian J. Wanca
              Brian J. Wanca
              Attorney for Plaintiff

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| ANDERSON + WANCA | BOCK & HATCH, LLC |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL  60008 | Chicago, IL  60602 |
| Telephone:  847/368-1500 | Telephone:  312/658-5500 |