WGB/lmm/Doc#1767773                                                                 6975-07013

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT A. GREEN, Individually and as the representative of a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Court No. 1:08-cv-00194 |
| TIME INSURANCE COMPANY, | ) ) | Judge Norgle<br>Magistrate Judge Keys |
| Defendants. | ) | |

## MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

NOW COMES one of the defendants herein, TIME INSURANCE COMPANY, by and through its attorney, William G. Beatty; Johnson & Bell, Ltd., of counsel, and for the reasons set forth in the accompanying memorandum of law filed in support of this motion, here moves this Honorable Court for the entry of an order dismissing plaintiff's Class Action Complaint pursuant to the provisions of Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully submitted,

s/ **William G. Beatty**
William G. Beatty Bar Number: 03121542
Attorney for Defendant
  Time Insurance Company
Of counsel
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Telephone: (312) 372-0770
Fax: (312) 372-2881
E-mail: beattyw@jbltd.com

- 2 -

## CERTIFICATE OF SERVICE

     I hereby certify that on January 15, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                  **s/ William G. Beatty**
                                  William G. Beatty Bar Number: 03121542
                                  Attorney for Defendant
                                      Time Insurance Company
                                  Of counsel
                                  Johnson & Bell, Ltd.
                                  33 West Monroe Street, Suite 2700
                                  Chicago, IL 60603
                                  Telephone: (312) 372-0770
                                  Fax: (312) 372-2881
                                  E-mail: beattyw@jbltd.com