WGB/lmm/#1780402                                                                   06975-07013

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT A. GREEN, Individually and as the representative of a class of similarly-situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>TIME INSURANCE COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:08-cv-00194<br>)<br>)  Judge Norgle<br>)  Magistrate Judge Keys<br>) |

**NOTICE OF MOTION**

TO:   Clerk of the United States District Court
      Northern District of Illinois, Eastern Division
      219 S. Dearborn Street
      Chicago, IL 60604

Brian J. Wanca, Esq.                    Phillip A. Bock, Esq.
Ryan M. Kelly, Esq.                     Diab & Hatch, LLC
Anderson & Wanca                        134 North LaSalle Street, Suite 1000
3701 Algonquin Road, Suite 760          Chicago, IL 60602
Rolling Meadows, IL 60008

   On the **18th day of January, 2008**, at **10:30 a.m.**, I shall appear before the Honorable Judge Charles R. Norgle, Room 2341, or any Judge sitting in his stead, in the courtroom usually occupied by him at 219 South Dearborn, Chicago, Illinois, and shall then and there present the attached **Motion to Dismiss Plaintiff's Class Action Complaint** and **Memorandum in Support of Motion to Dismiss**.

                                        **s/ William G. Beatty**
                                        William G. Beatty Bar Number: 03121542
                                        Attorney for Defendant
                                            Time Insurance Company
                                        Of counsel
                                        Johnson & Bell, Ltd.
                                        33 West Monroe Street, Suite 2700
                                        Chicago, IL 60603
                                        Telephone: (312) 372-0770
                                        Fax: (312) 372-2881
                                        E-mail: beattyw@jbltd.com

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on January 15, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                        **s/ William G. Beatty**
                                        William G. Beatty Bar Number: 03121542
                                        Attorney for Defendant
                                             Time Insurance Company
                                        Of counsel
                                        Johnson & Bell, Ltd.
                                        33 West Monroe Street, Suite 2700
                                        Chicago, IL 60603
                                        Telephone: (312) 372-0770
                                        Fax: (312) 372-2881
                                        E-mail: beattyw@jbltd.com