# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Robert A. Green

                        Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−00194
　　　　　　　　　　　　　　　　　　　Honorable Charles R. Norgle Sr.

Assurant, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 16, 2008:

      MINUTE entry before Judge Charles R. Norgle Sr.:Briefing as to motion to dismiss[9] is set as follows: Response due by 2/8/2008; Reply due by 2/22/2008.Mailed notice(tlp,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.