Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 194 | DATE | 1/15/2008 |
| CASE TITLE | Green vs. Time Ins. Co. | | |

**DOCKET ENTRY TEXT**

On page 4 of Defendant's Memorandum in Support of its Motion to Dismiss, Defendant asserts that its Motion to Dismiss is moot as to Counts II and III in light of Plaintiffs' Notice of Voluntary Dismissal of Counts II and III. The court agrees. Defendant's Motion to Dismiss [9] is therefore denied as moot as to Counts II and III.

*Charles Norgle* (signature)

Docketing to mail notices.

| | | Courtroom Deputy Initials: | |
|---|---|---|---|