## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ROBERT A. GREEN, individually and as the representative of a class of similarly-situated persons, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 08 CV 194 ) |
| TIME INSURANCE COMPANY, | ) Judge Norgle ) Magistrate Judge Keys |
| Defendant. | ) ) |

### NOTICE OF MOTION

TO:  William Beatty
     Johnson & Bell Ltd.
     33 W. Monroe Street, Suite 2700
     Chicago, IL 60603

On August 29, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles Norgle, or any Judge sitting in his stead, in Courtroom 2341 of the United States District Court, located at 219 S. Dearborn Street, Chicago, Illinois, and then and there present *Plaintiff's Motion for Leave to Submit Additional Persuasive Authority,* a copy of which is attached hereto and hereby served upon you.

                                        s/Ryan M. Kelly
                                        One of the Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

[X]  Under penalties as provided by law pursuant
     to 28 U.S.C. § 1746(2), I certify that the statements
     set forth herein are true and correct.

                                        s/Ryan M. Kelly

Brian J. Wanca                          Phillip A. Bock
Ryan M. Kelly                           BOCK & HATCH, LLC
ANDERSON + WANCA                        134 N. LaSalle Street, Suite 1000
3701 Algonquin Road, Suite 760          Chicago, IL  60602
Rolling Meadows, IL  60008              Telephone: 312/658-5500
Telephone: 847/368-1500