# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT A. GREEN, individually and as the representative of a class of similarly-situated persons | ) ) ) ) | Civil Action No. 08 C 194 |
| Plaintiff, | ) ) | Judge Norgle |
| v. | ) ) | Magistrate Judge Keys |
| TIME INSURANCE COMPANY, | ) ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS PURSUANT TO SETTLEMENT

NOW COME the parties to this cause, by and through their undersigned counsel, and here stipulate to the entry of an order dismissing this matter with prejudice as to Plaintiff and without prejudice as to any potential claims to absent class members and without costs, pursuant to the settlement reached by and between the parties, all matters in controversy herein having been settled, compromised, concluded and adjourned.

Respectfully submitted,

By: s/ James M. Smith                              s/ William G. Beatty (with consent)

One of Plaintiff's Attorneys                        One of Time Insurance Company's
                                                    Attorneys

Phillip A. Bock                                     William G. Beatty
James M. Smith                                      Johnson & Bell, Ltd.
BOCK & HATCH, LLC                                   33 West Monroe Street, Suite 2700
134 N. La Salle St., Suite 1000                     Chicago, IL 60603
Chicago, IL 60602                                   Telephone: 312-372-0770
Telephone: 312-658-5500

1